IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI REZA SHAISI,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent.                 / | No. C 10-01597 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME** |

    The Court is in receipt of a motion for extension of time to file a response/reply by Petitioner Ali Reza Shaisi, seeking permission to file the Traverse two days late. See dckt. no. 13. Petitioner simultaneously filed the Traverse with the Court. See dckt. no. 12. The Court finds that there was good cause therefor and accepts the late filing.

    **IT IS SO ORDERED.**

Dated: April 11, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1597\order re late traverse.wpd