IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALI REZA SHAISI,

    Petitioner,

  v.

JAMES A. YATES,

    Respondent.

                                                /

No. C 10-01597 CRB

**JUDGMENT**

    The Court, having denied the petition for habeas corpus, hereby enters judgment against Petitioner and for Respondent.

    **IT IS SO ORDERED.**

Dated: August 3, 2011



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1597\judgment.wpd