IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI REZA SHAISI,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES,<br><br>    Respondent._____/ | No. C 10-01597 CRB<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

In July 2011, the Court denied Petitioner Ali Reza Shaisi's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. See dkt. 15. Petitioner has now moved for a certificate of appealability. See dkt. 20. Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability under 28 U.S.C. § 2253(c) is DENIED because, for the reasons described in the Court's Memorandum and Order denying habeas relief, see dkt. 15, Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," see Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: October 7, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

\\Candsf\data\Users\CRBALL\2010\1597\Order re COA.wpd